NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1146
(Serial No. 10/064,380)

IN RE MICHAEL L. BEIGEL, NATHANIEL POLISH,
STEVEN R. FRANK, and ROBERT E. MALM

Robert E. Malm, Robert E. Malm Law Offices, of Pacific Palisades, California, for appellant.

Nathan K. Kelley, Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, Virginia, for appellee.  With him on the briefs were Stephen Walsh, Acting Solicitor, and Thomas W. Krause, Associate Solicitor.

Appealed from:  United States Patent and Trademark Office, Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1146
(Serial No. 10/064,380)

IN RE MICHAEL L. BEIGEL, NATHANIEL POLISH,
STEVEN R. FRANK, and ROBERT E. MALM

# JUDGMENT

ON APPEAL from the     United States Patent and Trademark Office
                                    Board of Patent Appeals and Interferences

In CASE NO(S).           Serial No. 10/064,380

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:     AFFIRMED.  See Fed. Cir. R. 36

Per Curiam (NEWMAN, RADER, and DYK, Circuit Judges).

ENTERED BY ORDER OF THE COURT

DATED: October 18, 2007           /s/ Jan Horbaly
                                           Jan Horbaly, Clerk